UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action Number 21-11758

*(signature)*
WESLEY CAMERON
Plaintiff

v.

SAKS FIFTH AVENUE
Defendant

## LOCAL RULE 16.1 CERTIFICATION

Wesley Cameron, Plaintiff in the above-captioned action, and Mitchell J. Notis, counsel to Plaintiff Cameron in this action, hereby certify and confirm that they have conferred:

a. with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; and
b. to consider the resolution of this litigation through the use of alternative dispute resolution programs.

_____
Wesley Cameron

_____
Mitchell J. Notis
Law Office of Mitchell J. Notis
27 Harvard Street
Brookline, MA 02445
617-487-8677
BBO# 374360

Dated: 12/21/2021

Certificate of Service

I, Mitchell J. Notis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to any non-registered participants as indicated in the Notice of Electronic Filing, this 21st day of December, 2021.

/s/Mitchell J. Notis

MITCHELL J. NOTIS, BBO# 374360